August 13, 2009

Page 1

UNITED STATES DISTRICT COURT.
DISTRICT OF NEW JERSEY
Civil Action No. 08-1271

RECEIVED
OCT 2 8 2009
AT 8:30
WILLIAM T. WALSH
CLERK
M

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION/REPORT
OF THE
SPECIAL MASTER

JOHN MARCHETTI

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\*        \*        \*        \*

THURSDAY, AUGUST 13, 2009

\*        \*        \*        \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

August 13, 2009

Page 2

1

2

3

4

5

6            Transcript of proceedings in the above

7  matter taken by Theresa O. Mastroianni, Certified

8  Court Reporter, license number 30X100085700, and

9  Notary Public of the State of New Jersey at the

10  United States District Court House, One Gerry Plaza,

11  Camden, New Jersey, 08102, commencing at 3:15 PM.

12

13

14

15

16

17

18

19

20            MASTROIANNI & FORMAROLI, INC.

21      Certified Court Reporting & Videoconferencing

22           251 South White Horse Pike

23            Audubon, New Jersey 08106

24               856-546-1100

25

```
 1

 2    A P P E A R A N C E S:

 3

 4         LOUGHRY & LINDSAY, ESQUIRES
           BY:   JUSTIN T. LOUGHRY, ESQUIRE
 5         330 MARKET STREET
           CAMDEN, NEW JERSEY 08102
 6         856-968-9201
           ATTORNEYS FOR THE PLAINTIFFS
 7

 8

           ROSELLI & GRIEGEL, PC
 9         BY:   STEVEN GRIEGEL, ESQUIRE
                 - and -
10         BY:   KENNETH W. LOZIER, ESQUIRE
           1337 STATE HIGHWAY 33
11         HAMILTON SQUARE, NEW JERSEY  08690
           609-586-2257
12         ATTORNEYS FOR THE DEFENDANTS

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  JUDGE BISSELL:   I am now opening
 2      proceedings and the following will constitute the
 3      Special Master's determination regarding the
 4      complaint of John Marchetti, civil number 08-1271.
 5                  This opinion/report is being issued
 6      pursuant to the directives of the Order of Reference
 7      to a Special Master and the Special Master's
 8      Agreement and the guiding principles of law which
 9      underlie this decision to be applied to the facts
10      upon which it is based as set forth in the jury
11      instructions in the Walker and Mejias jury charges to
12      the extent applicable to the allegations of Mr.
13      Marchetti.
14                  As finalized after review under Local
15      Civil Rule 52.1, this transcript will constitute the
16      written report required under paragraph seven of the
17      Order of Reference to a Special Master.
18                  Mr. Marchetti was living in D Unit at
19      the time of the incidents in question here and his
20      unit was removed to the gym on August 11, 1997.
21      Particularly since I am determining here that Mr.
22      Marchetti has sustained his claim in this case, I'm
23      going to take the liberty of reading some fairly
24      lengthy excerpts from his testimony which I am
25      adopting as the Special Master's findings here.
```

1                    The first of these excerpts begins at

2      page 28, line seven and proceeds to page 30, line 18.

3      And I would ask that the court reporter in

4      transcribing this perhaps make use of the prior

5      transcript as well in order that we make sure that we

6      have an accurate recounting.

7                    The question is:   "Then tell us what

8      happened when you got to the gym."

9                    And the answer is rather lengthy, but

10     nonetheless illuminating.

11                   "Answer:   When we got to the gym, we

12     were -- somebody escorted us to a position where we

13     were told to sit.  We were told to sit down, keep our

14     head facing the ground.  We were told we could take

15     our hands out from behind our head.

16                   Then we were sitting there for a little

17     while and then somebody started yelling.  I was later

18     told it was a sergeant.  He started yelling he was

19     looking for somebody.  At first I couldn't hear what

20     he was asking for because there was -- because of my

21     hearing loss, there was background noise in the room,

22     the air conditioners were going and it was very loud

23     and I couldn't hear.  But because he kept asking the

24     same thing apparently over and over again, I knew he

25     wasn't finding what he was looking for.  To me it

1       sounded like he was asking for the person with paint

2       in their room.  And we had a painter that was on the

3       unit that lived up in -- on the second floor.  He was

4       the unit painter, that was his job.  When they kept

5       asking for him and nobody stood up, I started getting

6       nervous and worried because of the stuff that had

7       gone on prior to that throughout the unit with the

8       officers trying to instigate fights and everything.

9                       When I was sitting there, I could see

10      behind me there was a set of boots.  Basically, I

11      knew it was an officer standing up, you know.  So I

12      had said, excuse me, who is he looking for.  I can't

13      hear what he's saying.  And the officer said just

14      shut up and sit there.  At this time, probably a few

15      minutes later, or 30 seconds later, sometime around

16      there, the air conditioner shut off.  And the officer

17      said for the last time if the person that I'm looking

18      for doesn't stand up, then there is going to be

19      trouble.  But he didn't restate what he was looking

20      for.  So we sat there and apparently the person

21      didn't stand up.  So he said, all right, fine, I'm

22      going to call you out one by one.  When you hear your

23      name called, I want you to stand up and wait for --

24      approach the nearest officer, keep your face to the

25      ground, approach the nearest officer or wait for an

1    officer to approach you.

2              So they started calling out names of

3    the different inmates.  And the line that they were

4    calling out I recognized the inmates from my line.

5    They called the cell before mine.  And then they

6    called my cellie's name and my name.  McLean and

7    Marchetti.  When they called my name, I stood up.

8    The officer was right behind me so I just took a step

9    back.  And then other officers came around and

10   somebody quietly said, did you have a cane in your

11   room.  A cane.  I said yes, a cane, yes, I had a cane

12   in my room.  Well, why didn't you stand up when we

13   were looking for you?  I said, I told you, I couldn't

14   hear.  I didn't understand what you were saying.

15   They said all right, come with me."

16             Now, the testimony then picks up, page

17   32 for a brief excerpt between lines 12 and 14.

18             "Question:  What happened to you, Mr.

19   Marchetti?

20             "Answer:  They led me back to the

21   weight cage and told me to kneel on the floor."

22             And then resuming at page 33, and I'm

23   going to be quoting some excerpt although not

24   continuously between pages 33 and 42.

25             "Question:  So I interrupted you and I

1    apologize.  They led you to this weight cage.  What
2    happened next?
3                 "Answer:  They told me to kneel down on
4    the floor and put my face against the mesh.  I
5    wasn't -- Apparently, I was kneeling too close to the
6    cage and they told me to move my knees back so that
7    my -- so that I was at an angle.  So that my weight,
8    the weight of my body, was actually resting on my
9    face which is what they wanted me to put on the mesh.
10               On the weight cage there is a probably
11   four-inch wide steel joiner piece that connects the
12   two mesh parts.  And what I did was I put my head and
13   forehead against that steel piece instead of pressing
14   my face to the actual mesh of the cage.  So then I
15   was kneeling there and there was officers standing
16   around me.
17               "Question:  How many officers?
18               "Answer:  At different times there was
19   different amounts, but there was an officer to my
20   right, an officer to my left and there was an officer
21   behind me.  At one point I believe there was two
22   other officers that was standing on each side of the
23   officer that was behind me."
24               Skipping a few lines and continuing.
25               "One of the others, the officer to my

1    left, started putting on a glove.  And I could see

2    the glove that he was putting on.  And by the look of

3    it I could see how it folded when he was putting it

4    on.  And it was like a little puffier on the outside.

5    It's what resembled to me what I had been shown

6    previously as a lead-lined glove or a glove with lead

7    pellets in it that state police -- friend of mine

8    whose father was on the State Police had shown me

9    this glove that his dad had.  I assumed it was State

10   Police typical gear.

11              He put the glove on and said so you

12   have a hearing loss.  And I said yes, sir.  And he

13   said which ear?  And I said my left one, sir.  And he

14   said this one, and he smacked me in the ear with the

15   glove.

16              "Question:  How did he smack you?

17              "Answer:  Backhand style, basically

18   hitting me in the head.

19              "Question:  And can you estimate the

20   level of force that he used on that first smack?

21              "Answer:  The first smack, it hurt.

22   Felt like my head exploded.  But it wasn't like -- it

23   was hard, it didn't knock me over, though.

24              "Question:  You were on your knees at

25   this time?

Page 10

1                    "Answer:  Yes, I was on my knees.

2                    "Question:  What happened next?

3                    "Answer:  After he asked me was it this

4     ear, I said yes, sir.  He said how did you lose your

5     hearing and hit me again.  This time he hit me a

6     little bit harder.  Seemed like he was hitting me to

7     try to push me over.  I told him a car accident.  He

8     said how did you lose your hearing, was it from

9     fucking your father or was he fucking you?"

10                   By the way, I might add parenthetically

11    that, of course, word as such aren't actionable here,

12    but they certainly are probative in connection with a

13    demonstration of an attitude and a state of mind of

14    the perpetrator.  Continuing the quote.

15                   "Question:  Then he hit you?

16                   "Answer: Something along those lines.

17    And then he hit me and the question just went on in a

18    degrading style like that.

19                   "Question:  You said the second hit was

20    harder than the first?

21                   "Answer:  Yes.

22                   "Question:  Did you fall over?

23                   "Answer:  No, I did not.

24                   Moving ahead approximately a page now

25    at line 18 on page 37.

1          "Question:  How many times were you

2    struck?

3          "Answer:  There was at least five,

4    maybe a couple more than that.

5          "Question:  Were they progressively

6    harder or did they remain the same after the first or

7    second blow?

8          "Answer:  They got progressively

9    harder.  It seemed like there was more intent to push

10   me into one of the other officers from the force.

11         "Question:  And can you describe the

12   pain of the last hit?

13         "Answer:  The last hit, well, my face

14   was kind of numb at that point.  My ear -- and I mean

15   it hurt.  Just like all the other ones.  I mean I was

16   getting hit.

17         "Question: What happened after that?

18         "Answer:  Sometime around one of the

19   hits I felt a pop in like my neck or my ear.  I felt

20   a pop and my head got really light-headed and I was

21   kind of like wobbly, a little bit dizzy.

22         During the progression at one point

23   there was an officer -- there was an officer on the

24   other side of the weight cage and he grabbed another

25   officer from somewhere so there were two of them on

Page 12

1    the other side.  When this beating was going on he

2    was laughing and he told the other officer, go ahead,

3    hit him, hit him.  And I rolled my eyes up and looked

4    up and looked straight into the eyes of the officer

5    on the other side.  And he hesitated, he stopped and

6    hesitated and he started to back out of the way.  And

7    then the other officer goes, no, no, it's okay, it's

8    okay, go ahead, hit him.  I kind of like nodded and

9    moved my head back from the cage a little bit and he

10   hit the cage and it rocked me back."

11                  Resuming now at page 39, line 19.

12                  "Question:  So you were on the outside

13   of the cage, you had been struck at least five times

14   in the ear, what happens next?

15                  "Answer:  Afterwards somebody came

16   walking by and everybody said sush, sush and they all

17   moved away.  They all hushed everybody up and they

18   all moved away.

19                  Then somebody came up and said -- I

20   think it was a sergeant later, he said so you're the

21   one with the cane in the room.  I said yes.  He said,

22   well, that cane had a shank in it.  And he says, were

23   you aware of that?  And I said no, that wasn't my

24   cane.  He said, whose cane was it?  It was Inmate

25   Robinson's.  He said where is he?  I said he was

1    taken to B Unit on the first day of the lockdown.  He

2    said, so the cane wasn't yours then?  And I said no.

3              And he looked and he says why is your

4    ear all red?  And I said I don't know, sir."

5              And he continues at page 41.

6              "Answer:  They asked me about my ear

7    and the sergeant asked me about my ear and he said

8    what's wrong with his ear?  Why is it red?  And the

9    officer said I don't know, ask him.  And he asked me,

10   and I said I don't know, sir, it's always been that

11   way.  And the officer said, oh, well, you must have

12   been teased when you were a kid.  It's always been

13   that way.  You must have been teased as a kid.  I

14   said, yes, sir.  He said, did they call you names?  I

15   said, yes, sir.  And He said, so what did they call

16   you?  And I went, you know -- and I got hit again.

17   And then I said Rudolph the red-eared raindeer, sir,

18   and just made something up.  They all laughed and

19   walked away.

20             After the beating, they had brought a

21   couple of other officers over, laughing like after

22   the officer had come and questioned me about the

23   cane.  They brought a couple of other officers over

24   laughing and they were like ask him his name, ask him

25   his name.  And the first time I said, you know,

1    Rudolph the red-eared raindeer.  After that I didn't

2    want them to start beating me again.  And after that

3    I said to them, you know, Inmate Marchetti.  And they

4    pretty much left me alone after that."

5                    I then asked a question, "Was that in

6    the sergeant's presence or had he moved away at that

7    point?

8                    "Answer:  I think he was still there.

9    I think he was still there because there was a

10   snicker."

11                   Now, I considered the evidence to the

12   contrary in this case including that of Nurse Zadarla

13   who saw Mr. Marchetti approximately two days later.

14   When asked about the presence or absence of redness

15   in the ear she said, well, that would probably have

16   disappeared, but there should have been swelling for

17   at least 72 hours.  I can consider that that may well

18   have been in the nature of an average, but I don't

19   think it precludes the possibility that the swelling

20   might have reduced or gone down even in 48 hours or

21   that it might not have been particularly obvious to

22   the nurse, particularly since with officers around

23   Mr. Marchetti was not making any complaints about his

24   ear.

25                   There is some contradiction from

1    Officer Koerner to Mr. Marchetti's recounting of his

2    transport to the infirmary on August 13th.  However,

3    I find that any such contradiction is not material to

4    the events in question here.

5              I find that as far as the damages or

6    injuries are concerned that Mr. Marchetti sustained

7    short-term, acute pain and that thereafter he had

8    headaches as a result of this event, but with the

9    assistance of over-the-counter medication, eventually

10   was able to deal with them.

11             As I've often said, I look for indicia

12   of credibility or indicia of support for either one

13   position or another that may not at first blush be

14   readily apparent.  Here we have a situation where the

15   SOG officers involved, and of course they were not

16   identified, took advantage of a professed disability,

17   molded it into a failure of Mr. Marchetti to respond

18   to questions tossed out to the gym population as a

19   whole and then proceeded with what can be described

20   only from their point of view as a humorous

21   recreational venture, to belt this man repeatedly in

22   the ear which he said was deficient.

23             They used, of course, the vulgar

24   language for their own amusement with regard to how

25   that hearing deficiency might have occurred.  They

1    gathered around laughing from time to time at the

2    event and I find that the event happened as described

3    by Mr. Marchetti.

4              There have been situations where

5    isolated instances back in the vicinity of the weight

6    cage at the rear of the gym have, as I determined

7    here, gone undetected.  We are here on August 11th,

8    some two weeks into the lockdown.  There is no

9    indication that senior administrators of the prison

10   were now taking a level of interest in events in the

11   gym that had been present early in the course of this

12   lockdown.  These events happened in the middle of the

13   afternoon.  And in studying the ombudsmen's reports,

14   it's pretty clear that they were in the middle of a

15   shift change.  Those reports are D-108 and D-135 in

16   particular.  Hence it is certainly a permissible

17   inference that there was not the level of coverage or

18   close observation from ombudsmen taking place in this

19   gym area at the particular time of day when Mr.

20   Marchetti was assaulted.  Furthermore, as he

21   testified and as we've often seen among other things

22   when viewing videotape, these SOG officers are large

23   men, they certainly have the ability and the savvy to

24   stand around in a group or otherwise shield an inmate

25   or anything else from plain view.  And that's

1  consistent with his description here.  So over the

2  course of a couple of minutes, it is very credible

3  that Mr. Marchetti could have been whacked in the

4  head for this sort of sporting activity by the SOG

5  unit on this occasion.

6            These acts of striking Mr. Marchetti go

7  well beyond the necessity of any proper law

8  enforcement needs or any proper exercise of

9  discipline or any other legitimate penalogical

10  purpose as well defined in the jury instructions

11  which are incorporated here.  Even if some measure of

12  discipline might have been imposed on the spot for

13  his failure to respond promptly to the question about

14  a cane in his cell, it certainly had no reason

15  whatsoever to rise to this level, particularly when

16  he was able to offer to them the fact of problems of

17  hearing loss which they considered to be so amusing

18  as to endeavor to inflict further damage on the very

19  ear where that hearing loss existed.

20            There was, indeed, excessive,

21  unnecessary and sadistic force imposed upon Mr.

22  Marchetti within the comtemplation of the legal

23  principles to which I have referred above.

24            Furthermore, I find that this is a case

25  that also supports a judgment for punitive damages,

1    at least against the perpetrators.  Whether or not,

2    either through these activities or others, punitive

3    damages will ultimately be assessed against

4    supervisory personnel is a different question and I

5    don't rule on that here.  I realize also that the

6    perpetrators here at least at this point remain

7    unidentified which will probably remain the case.

8    The definition coming from the jury instructions

9    which we've employed here and which is most telling,

10    I think, reads as follows, and I quote:  "If you find

11    that the defendant's conduct was motivated by evil

12    motive or intent or that the defendants' act engaged

13    in reckless or callus indifferent conduct to the

14    plaintiff's federally protected rights to be free

15    from cruel and unusual punishment, you must consider

16    whether or not to award punitive damages to the

17    plaintiff.  Punitive damages are awarded as a

18    punishment of the defendants and as a deterrent to

19    others from following this example."

20          In this instance as described and as I

21    find credible, there was clearly the demonstration of

22    an evil motive and intent on behalf of the SOG

23    officers here to sadistically inflict this

24    punishment.

25          And I move now to the question of the

1    imposition of damages.  I believe as I mentioned

2    before, the injuries to Mr. Marchetti, happily, were

3    not extensive.  The prospect of additional damage to

4    that ear, of course, was very real, but apparently it

5    didn't happen.  He certainly experienced short-term

6    acute pain and swelling and headaches thereafter for

7    at least some period of time before over-the-counter

8    medication was able to deal with them.

9              Under all of the circumstances here, I

10   find an award of compensatory damages in the sum of

11   $5,000.  As for punitive damages, I'm also mindful of

12   the recent Third Circuit decision in one of the cases

13   which has been taken up on appeal which asks for a

14   consideration, at least to some extent, of a

15   reasonable ratio between punitive damages and

16   compensatory damages.  I'm also mindful of the fact

17   that there is nothing in this record that

18   demonstrates at least the financial circumstances of

19   the corrections officers, but I would not consider

20   them to be particularly affluent.  Under all of those

21   circumstances, then, I'm recommending to the district

22   court a judgment for punitive damages in this matter

23   in the sum of $10,000.

24             Finally, although not every item of

25   evidence has been discussed in this opinion/report,

1    all evidence presented to the Special Master was

2    reviewed and considered.  I find that the injury

3    inflicted here was actionable, I find that the injury

4    was acute initially, although happily has not

5    resulted in any permanent injury.  I also find as

6    previously indicated that it was the product of an

7    evil motive or intent which, therefore, supports an

8    award of punitive damages.

9              Accordingly, I recommend in this report

10   that the district court enter an award of

11   compensatory damages in the amount of $5,000 and

12   punitive damages in the amount of $10,000 in Mr.

13   Marchetti's favor.

14              Thank you.

15

16

17

18

19

20

21

22

23

24

25

August 13, 2009

Page 21

```
 1              C E R T I F I C A T E
 2
 3        I, Theresa O. Mastroianni, a Notary Public and
 4    Certified Shorthand Reporter of the State of New
 5    Jersey, do hereby certify that the foregoing is a
 6    true and accurate transcript of the testimony as
 7    taken stenographically by and before me at the time,
 8    place, and on the date hereinbefore set forth.
 9        I DO FURTHER CERTIFY that I am neither a
10    relative nor employee nor attorney nor counsel of any
11    of the parties to this action, and that I am neither
12    a relative nor employee of such attorney or counsel,
13    and that I am not financially interested in the
14    action.
15
16
17
18
19    _____
      Theresa O. Mastroianni, C.S.R.
20    Notary Public, State of New Jersey
      My Commission Expires May 5, 2010
21    Certificate No. XI0857
      Date: September 14, 2009
22
23
24
25
```

**A**

ability 16:23
able 15:10 17:16
  19:8
absence 14:14
accident 10:7
accurate 5:6
  21:6
act 18:12
action 1:2 21:11
  21:14
actionable 10:11
  20:3
activities 18:2
activity 17:4
acts 17:6
actual 8:14
acute 15:7 19:6
  20:4
add 10:10
additional 19:3
administrators
  16:9
adopting 4:25
advantage 15:16
affluent 19:20
afternoon 16:13
Agreement 4:8
ahead 10:24
  12:2,8
air 5:22 6:16
al 1:8
allegations 4:12
amount 20:11
  20:12
amounts 8:19
amusement
  15:24
amusing 17:17
angle 8:7
answer 5:9,11
  7:20 8:3,18
  9:17,21 10:1,3
  10:16,21,23
  11:3,8,13,18

12:15 13:6
  14:8
apologize 8:1
apparent 15:14
apparently 5:24
  6:20 8:5 19:4
appeal 19:13
applicable 4:12
applied 4:9
approach 6:24
  6:25 7:1
approximately
  10:24 14:13
area 16:19
asked 10:3 13:6
  13:7,9 14:5,14
asking 5:20,23
  6:1,5
asks 19:13
assaulted 16:20
assessed 18:3
assistance 15:9
assumed 9:9
attitude 10:13
attorney 21:10
  21:12
**ATTORNEYS**
  3:6,12
Audubon 2:23
August 1:15
  4:20 15:2 16:7
average 14:18
award 18:16
  19:10 20:8,10
awarded 18:17
aware 12:23

**B**

B 13:1
back 7:9,20 8:6
  12:6,9,10 16:5
background
  5:21
Backhand 9:17
based 4:10
basically 6:10

9:17
Bayside 1:5
beating 12:1
  13:20 14:2
begins 5:1
behalf 18:22
believe 8:21 19:1
belt 15:21
beyond 17:7
BISSELL 1:20
  4:1
bit 10:6 11:21
  12:9
blow 11:7
blush 15:13
body 8:8
boots 6:10
brief 7:17
brought 13:20
  13:23

**C**

C 3:2 21:1,1
cage 7:21 8:1,6
  8:10,14 11:24
  12:9,10,13
  16:6
call 6:22 13:14
  13:15
called 6:23 7:5,6
  7:7
calling 7:2,4
callus 18:13
Camden 2:11
  3:5
cane 7:10,11,11
  7:11 12:21,22
  12:24,24 13:2
  13:23 17:14
car 10:7
case 4:22 14:12
  17:24 18:7
cases 19:12
cell 7:5 17:14
cellie's 7:6
certainly 10:12

16:16,23 17:14
  19:5
Certificate
  21:21
Certified 2:7,21
  21:4
certify 21:5,9
change 16:15
charges 4:11
Circuit 19:12
circumstances
  19:9,18,21
civil 1:2 4:4,15
claim 4:22
clear 16:14
clearly 18:21
close 8:5 16:18
come 7:15 13:22
coming 18:8
commencing
  2:11
Commission
  21:20
compensatory
  19:10,16 20:11
complaint 4:4
complaints
  14:23
comtemplation
  17:22
concerned 15:6
conditioner 6:16
conditioners
  5:22
conduct 18:11
  18:13
connection
  10:12
connects 8:11
consider 14:17
  18:15 19:19
consideration
  19:14
considered
  14:11 17:17
  20:2

consistent 17:1
constitute 4:2,15
continues 13:5
continuing 8:24
  10:14
continuously
  7:24
contradiction
  14:25 15:3
contrary 14:12
corrections
  19:19
counsel 21:10,12
couple 11:4
  13:21,23 17:2
course 10:11
  15:15,23 16:11
  17:2 19:4
court 1:1 2:8,10
  2:21 5:3 19:22
  20:10
coverage 16:17
credibility 15:12
credible 17:2
  18:21
cruel 18:15
C.S.R 21:19

**D**

D 4:18
dad 9:9
damage 17:18
  19:3
damages 15:5
  17:25 18:3,16
  18:17 19:1,10
  19:11,15,16,22
  20:8,11,12
date 21:8,21
day 13:1 16:19
days 14:13
deal 15:10 19:8
decision 4:9
  19:12
defendants 1:9
  3:12 18:12,18

defendant's
  18:11
deficiency 15:25
deficient 15:22
defined 17:10
definition 18:8
degrading 10:18
demonstrates
  19:18
demonstration
  10:13 18:21
describe 11:11
described 15:19
  16:2 18:20
description 17:1
determination
  4:3
determined 16:6
determining
  4:21
deterrent 18:18
different 7:3
  8:18,19 18:4
directives 4:6
disability 15:16
disappeared
  14:16
discipline 17:9
  17:12
discussed 19:25
district 1:1,1
  2:10 19:21
  20:10
dizzy 11:21
D-108 16:15
D-135 16:15

_____ E _____
E 3:2,2 21:1,1
ear 9:13,14 10:4
  11:14,19 12:14
  13:4,6,7,8
  14:15,24 15:22
  17:19 19:4
early 16:11
either 15:12

18:2
employed 18:9
employee 21:10
  21:12
endeavor 17:18
enforcement
  17:8
engaged 18:12
enter 20:10
escorted 5:12
ESQUIRE 3:4,9
  3:10
ESQUIRES 3:4
estimate 9:19
et 1:8
event 15:8 16:2
  16:2
events 15:4
  16:10,12
eventually 15:9
everybody 12:16
  12:17
evidence 14:11
  19:25 20:1
evil 18:11,22
  20:7
example 18:19
excerpt 7:17,23
excerpts 4:24
  5:1
excessive 17:20
excuse 6:12
exercise 17:8
existed 17:19
experienced
  19:5
Expires 21:20
exploded 9:22
extensive 19:3
extent 4:12
  19:14
eyes 12:3,4

_____ F _____
F 21:1
face 6:24 8:4,9

8:14 11:13
facing 5:14
fact 17:16 19:16
facts 4:9
failure 15:17
  17:13
fairly 4:23
fall 10:22
far 15:5
father 9:8 10:9
FAUVER 1:8
favor 20:13
federally 18:14
felt 9:22 11:19
  11:19
fights 6:8
finalized 4:14
Finally 19:24
financial 19:18
financially
  21:13
find 15:3,5 16:2
  17:24 18:10,21
  19:10 20:2,3,5
finding 5:25
findings 4:25
fine 6:21
first 5:1,19 9:20
  9:21 10:20
  11:6 13:1,25
  15:13
five 11:3 12:13
floor 6:3 7:21
  8:4
folded 9:3
following 4:2
  18:19
follows 18:10
force 9:20 11:10
  17:21
foregoing 21:5
forehead 8:13
FORMAROLI
  2:20
forth 4:10 21:8
four-inch 8:11

free 18:14
friend 9:7
fucking 10:9,9
further 17:18
  21:9
Furthermore
  16:20 17:24

_____ G _____
gathered 16:1
gear 9:10
Gerry 2:10
getting 6:5 11:16
glove 9:1,2,6,6,9
  9:11,15
go 12:2,8 17:6
goes 12:7
going 4:23 5:22
  6:18,22 7:23
  12:1
grabbed 11:24
GRIEGEL 3:8,9
ground 5:14
  6:25
group 16:24
guiding 4:8
gym 4:20 5:8,11
  15:18 16:6,11
  16:19

_____ H _____
H 1:8
HAMILTON
  3:11
hands 5:15
happen 19:5
happened 5:8
  7:18 8:2 10:2
  11:17 16:2,12
happens 12:14
happily 19:2
  20:4
hard 9:23
harder 10:6,20
  11:6,9
head 5:14,15

8:12 9:18,22
  11:20 12:9
  17:4
headaches 15:8
  19:6
hear 5:19,23
  6:13,22 7:14
hearing 5:21
  9:12 10:5,8
  15:25 17:17,19
hereinbefore
  21:8
hesitated 12:5,6
HIGHWAY
  3:10
hit 10:5,5,15,17
  10:19 11:12,13
  11:16 12:3,3,8
  12:10 13:16
hits 11:19
hitting 9:18 10:6
HONORABLE
  1:20
Horse 2:22
hours 14:17,20
House 2:10
humorous 15:20
hurt 9:21 11:15
hushed 12:17

_____ I _____
identified 15:16
illuminating
  5:10
imposed 17:12
  17:21
imposition 19:1
incidents 4:19
including 14:12
incorporated
  17:11
indicated 20:6
indication 16:9
indicia 15:11,12
indifferent
  18:13

inference 16:17
infirmary 15:2
inflict 17:18
  18:23
inflicted 20:3
initially 20:4
injuries 15:6
  19:2
injury 20:2,3,5
inmate 12:24
  14:3 16:24
inmates 7:3,4
instance 18:20
instances 16:5
instigate 6:8
instructions
  4:11 17:10
  18:8
intent 11:9
  18:12,22 20:7
interest 16:10
interested 21:13
interrupted 7:25
involved 15:15
isolated 16:5
issued 4:5
item 19:24

_____ J _____

Jersey 1:1 2:9,11
  2:23 3:5,11
  21:5,20
job 6:4
John 1:6,20 4:4
joiner 8:11
JUDGE 4:1
judgment 17:25
  19:22
jury 4:10,11
  17:10 18:8
JUSTIN 3:4

_____ K _____

keep 5:13 6:24
KENNETH 3:10
kept 5:23 6:4

kid 13:12,13
kind 11:14,21
  12:8
kneel 7:21 8:3
kneeling 8:5,15
knees 8:6 9:24
  10:1
knew 5:24 6:11
knock 9:23
know 6:11 13:4
  13:9,10,16,25
  14:3
Koerner 15:1

_____ L _____

language 15:24
large 16:22
laughed 13:18
laughing 12:2
  13:21,24 16:1
law 4:8 17:7
lead 9:6
lead-lined 9:6
led 7:20 8:1
left 8:20 9:1,13
  14:4
legal 17:22
legitimate 17:9
lengthy 4:24 5:9
level 9:20 16:10
  16:17 17:15
liberty 4:23
license 2:8
light-headed
  11:20
LINDSAY 3:4
line 5:2,2 7:3,4
  10:25 12:11
lines 7:17 8:24
  10:16
Litigation 1:5
little 5:16 9:4
  10:6 11:21
  12:9
lived 6:3
living 4:18

Local 4:14
lockdown 13:1
  16:8,12
look 9:2 15:11
looked 12:3,4
  13:3
looking 5:19,25
  6:12,17,19
  7:13
lose 10:4,8
loss 5:21 9:12
  17:17,19
loud 5:22
LOUGHRY 3:4
  3:4
LOZIER 3:10

_____ M _____

making 14:23
man 15:21
Marchetti 1:6
  4:4,13,18,22
  7:7,19 14:3,13
  14:23 15:6,17
  16:3,20 17:3,6
  17:22 19:2
Marchetti's 15:1
  20:13
MARKET 3:5
Master 1:6,20
  4:7,17 20:1
Master's 4:3,7
  4:25
Mastroianni 2:7
  2:20 21:3,19
material 15:3
matter 1:4 2:7
  19:22
McLean 7:6
mean 11:14,15
measure 17:11
medication 15:9
  19:8
Mejias 4:11
men 16:23
mentioned 19:1

mesh 8:4,9,12,14
middle 16:12,14
mind 10:13
mindful 19:11
  19:16
mine 7:5 9:7
minutes 6:15
  17:2
molded 15:17
motivated 18:11
motive 18:12,22
  20:7
move 8:6 18:25
moved 12:9,17
  12:18 14:6
Moving 10:24

_____ N _____

N 3:2
name 6:23 7:6,6
  7:7 13:24,25
names 7:2 13:14
nature 14:18
nearest 6:24,25
necessity 17:7
neck 11:19
needs 17:8
neither 21:9,11
nervous 6:6
New 1:1 2:9,11
  2:23 3:5,11
  21:4,20
nodded 12:8
noise 5:21
Notary 2:9 21:3
  21:20
numb 11:14
number 2:8 4:4
nurse 14:12,22

_____ O _____

O 2:7 21:3,19
observation
  16:18
obvious 14:21
occasion 17:5

occurred 15:25
offer 17:16
officer 6:11,13
  6:16,24,25 7:1
  7:8 8:19,20,20
  8:23,25 11:23
  11:23,25 12:2
  12:4,7 13:9,11
  13:22 15:1
officers 6:8 7:9
  8:15,17,22
  11:10 13:21,23
  14:22 15:15
  16:22 18:23
  19:19
oh 13:11
okay 12:7,8
ombudsmen
  16:18
ombudsmen's
  16:13
ones 11:15
opening 4:1
opinion/report
  1:5 4:5 19:25
order 4:6,17 5:5
outside 9:4
  12:12
over-the-coun...
  15:9 19:7

_____ P _____

P 3:2,2
page 5:2,2 7:16
  7:22 10:24,25
  12:11 13:5
pages 7:24
pain 11:12 15:7
  19:6
paint 6:1
painter 6:2,4
paragraph 4:16
parenthetically
  10:10
particular 16:16
  16:19

particularly 4:21 14:21,22 17:15 19:20
parties 21:11
parts 8:12
PC 3:8
pellets 9:7
penalogical 17:9
period 19:7
permanent 20:5
permissible 16:16
perpetrator 10:14
perpetrators 18:1,6
person 6:1,17,20
personnel 18:4
picks 7:16
piece 8:11,13
Pike 2:22
place 16:18 21:8
plain 16:25
plaintiff 18:17
PLAINTIFFS 3:6
plaintiff's 18:14
Plaza 2:10
PM 2:11
point 8:21 11:14 11:22 14:7 15:20 18:6
police 9:7,8,10
pop 11:19,20
population 15:18
position 5:12 15:13
possibility 14:19
precludes 14:19
presence 14:6,14
present 16:11
presented 20:1
pressing 8:13
pretty 14:4 16:14

previously 9:6 20:6
principles 4:8 17:23
prior 5:4 6:7
prison 1:5 16:9
probably 6:14 8:10 14:15 18:7
probative 10:12
problems 17:16
proceeded 15:19
proceedings 2:6 4:2
proceeds 5:2
product 20:6
professed 15:16
progression 11:22
progressively 11:5,8
promptly 17:13
proper 17:7,8
prospect 19:3
protected 18:14
Public 2:9 21:3 21:20
puffier 9:4
punishment 18:15,18,24
punitive 17:25 18:2,16,17 19:11,15,22 20:8,12
purpose 17:10
pursuant 4:6
push 10:7 11:9
put 8:4,9,12 9:11
putting 9:1,2,3

Q

question 4:19 5:7 7:18,25 8:17 9:16,19 9:24 10:2,15 10:17,19,22

11:1,5,11,17 12:12 14:5 15:4 17:13 18:4,25
questioned 13:22
questions 15:18
quietly 7:10
quote 10:14 18:10
quoting 7:23

R

R 3:2 21:1
raindeer 13:17 14:1
ratio 19:15
readily 15:14
reading 4:23
reads 18:10
real 19:4
realize 18:5
really 11:20
rear 16:6
reason 17:14
reasonable 19:15
reckless 18:13
recognized 7:4
recommend 20:9
recommending 19:21
record 19:17
recounting 5:6 15:1
recreational 15:21
red 13:4,8
redness 14:14
reduced 14:20
red-eared 13:17 14:1
Reference 4:6 4:17
referred 17:23

regard 1:4 15:24
regarding 4:3
relative 21:10,12
remain 11:6 18:6,7
removed 4:20
repeatedly 15:21
report 4:16 20:9
reporter 2:8 5:3 21:4
Reporting 2:21
reports 16:13,15
required 4:16
resembled 9:5
respond 15:17 17:13
restate 6:19
resting 8:8
result 15:8
resulted 20:5
resuming 7:22 12:11
review 4:14
reviewed 20:2
right 6:21 7:8,15 8:20
rights 18:14
rise 17:15
Robinson's 12:25
rocked 12:10
rolled 12:3
room 5:21 6:2 7:11,12 12:21
ROSELLI 3:8
Rudolph 13:17 14:1
rule 4:15 18:5

S

S 3:2
sadistic 17:21
sadistically 18:23
sat 6:20
savvy 16:23

saw 14:13
saying 6:13 7:14
says 12:22 13:3
second 6:3 10:19 11:7
seconds 6:15
see 6:9 9:1,3
seen 16:21
senior 16:9
September 21:21
sergeant 5:18 12:20 13:7
sergeant's 14:6
set 4:10 6:10 21:8
seven 4:16 5:2
shank 12:22
shield 16:24
shift 16:15
Shorthand 21:4
short-term 15:7 19:5
shown 9:5,8
shut 6:14,16
side 8:22 11:24 12:1,5
sir 9:12,13 10:4 13:4,10,14,15 13:17
sit 5:13,13 6:14
sitting 5:16 6:9
situation 15:14
situations 16:4
Skipping 8:24
smack 9:16,20 9:21
smacked 9:14
snicker 14:10
SOG 15:15 16:22 17:4 18:22
somebody 5:12 5:17,19 7:10 12:15,19
sort 17:4

sounded 6:1
South 2:22
Special 1:6,20
  4:3,7,7,17,25
  20:1
sporting 17:4
spot 17:12
SQUARE 3:11
stand 6:18,21,23
  7:12 16:24
standing 6:11
  8:15,22
start 14:2
started 5:17,18
  6:5 7:2 9:1
  12:6
state 1:5 2:9
  3:10 9:7,8,9
  10:13 21:4,20
States 1:1 2:10
steel 8:11,13
stenographica...
  21:7
step 7:8
STEVEN 3:9
stood 6:5 7:7
stopped 12:5
straight 12:4
STREET 3:5
striking 17:6
struck 11:2
  12:13
studying 16:13
stuff 6:6
style 9:17 10:18
sum 19:10,23
supervisory 18:4
support 15:12
supports 17:25
  20:7
sure 5:5
sush 12:16,16
sustained 4:22
  15:6
swelling 14:16
  14:19 19:6

**T**

T 3:4 21:1,1
take 4:23 5:14
taken 2:7 13:1
  19:13 21:7
teased 13:12,13
tell 5:7
telling 18:9
testified 16:21
testimony 4:24
  7:16 21:6
Thank 20:14
Theresa 2:7 21:3
  21:19
thing 5:24
things 16:21
think 12:20 14:8
  14:9,19 18:10
Third 19:12
THURSDAY
  1:15
time 4:19 6:14
  6:17 9:25 10:5
  13:25 16:1,1
  16:19 19:7
  21:7
times 8:18 11:1
  12:13
told 5:13,13,14
  5:18 7:13,21
  8:3,6 10:7 12:2
tossed 15:18
transcribing 5:4
transcript 2:6
  4:15 5:5 21:6
transport 15:2
trouble 6:19
true 21:6
try 10:7
trying 6:8
two 8:12,21
  11:25 14:13
  16:8
typical 9:10

**U**

ultimately 18:3
underlie 4:9
understand 7:14
undetected 16:7
unidentified
  18:7
unit 4:18,20 6:3
  6:4,7 13:1 17:5
United 1:1 2:10
unnecessary
  17:21
unusual 18:15
use 5:4

**V**

venture 15:21
vicinity 16:5
Videoconfere...
  2:21
videotape 16:22
view 15:20 16:25
viewing 16:22
vs 1:7
vulgar 15:23

**W**

W 1:20 3:10
wait 6:23,25
walked 13:19
Walker 4:11
walking 12:16
want 6:23 14:2
wanted 8:9
wasn't 5:25 8:5
  9:22 12:23
  13:2
way 10:10 12:6
  13:11,13
weeks 16:8
weight 7:21 8:1
  8:7,8,10 11:24
  16:5
went 10:17
  13:16
we've 16:21 18:9
whacked 17:3

whatsoever
  17:15
White 2:22
wide 8:11
WILLIAM 1:8
wobbly 11:21
word 10:11
worried 6:6
written 4:16
wrong 13:8

**X**

XIO857 21:21

**Y**

yelling 5:17,18

**Z**

Zadarla 14:12

**$**

$10,000 19:23
  20:12
$5,000 19:11
  20:11

**0**

08-1271 1:2 4:4
08102 2:11 3:5
08106 2:23
08690 3:11

**1**

1 4:20
11th 16:7
12 7:17
13 1:15
13th 15:2
1337 3:10
14 7:17 21:21
18 5:2 10:25
19 12:11
1997 4:20

**2**

2009 1:15 21:21
2010 21:20

251 2:22
28 5:2

**3**

3:15 2:11
30 5:2 6:15
30X100085700
  2:8
32 7:17
33 3:10 7:22,24
330 3:5
37 10:25
39 12:11

**4**

41 13:5
42 7:24
48 14:20

**5**

5 21:20
52.1 4:15

**6**

609-586-2257
  3:11

**7**

72 14:17

**8**

856-546-1100
  2:24
856-968-9201
  3:6